BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
JOHN C. SHIRTS, IDAHO STATE BAR NO. 9295
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 478-4175

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY EARNEST HUDSON,<br><br>Defendant. | Case No. CR-19-305 E-BLW<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924 (a)(2)<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c) |

The Grand Jury charges:

### COUNT ONE

**Possession of a Firearm by a Prohibited Person**
**18 U.S.C. §§ 922(g)(1) and 924 (a)(2)**

On or about July 31, 2019, in the District of Idaho, the defendant, TIMOTHY EARNEST HUDSON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a 2016 felony conviction for Possession with Intent to Deliver a Controlled Substance, in Bonneville County, Idaho, Case No. CR-2015-15328, and a 2010 felony conviction for Fleeing or Attempting to Elude a Peace Officer, in Bonneville

**INDICTMENT - 1**

County, Idaho, Case No. CR-2010-11083, did knowingly possess in and affecting interstate commerce, a firearm, to wit: a Ruger LCP, .380 caliber pistol, serial number 376-14508, said firearm having traveled in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924 (a)(2).

## CRIMINAL FORFEITURE ALLEGATION

### Firearm Forfeiture
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, TIMOTHY EARNEST HUDSON, shall forfeit to the United States, any firearms or ammunition involved in or used in the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

1. <u>Seized Property.</u>

    a. A Ruger LCP, .380 caliber pistol, serial number 376-14508, and

    b. All associated ammunition.

2. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third person;

    c. Has been placed beyond the jurisdiction of the court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided

**INDICTMENT - 2**

without difficulty.

Dated this 24 day of September, 2019.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
JOHN C. SHIRTS
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 3